Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Bxng Holdings, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **fka California Boxing Clubs, LLC**<br><br>**dba The Bxng Club** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **3  7 – 1  6  4  0  0  4  7** |

**4. Debtor's address**

**Principal place of business**

**1985 Bernardo Plaza Drive**
Number        Street

**San Diego, CA 92128**
City                                State    ZIP Code

**San Diego**
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
City                                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                                State    ZIP Code

**5. Debtor's website (URL)**    **www.thebxngclub.com**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor    **Bxng Holdings, LLC**                                              Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **7   1   3   9**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____ Case number _____
                                      MM / DD / YYYY

District _____  When _____ Case number _____
                                      MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

District _____  When _____
                             MM / DD / YYYY

Case number, if known _____

---

Debtor    **Bxng Holdings, LLC**
Name                                                                Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br><br>Number        Street<br><br>_____<br><br>City                                       State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.     Insurance agency   _____<br><br>Contact name   _____<br><br>Phone   _____ |

<table>
<tr><td colspan="2" style="background:black"></td><td><b>Statistical and administrative information</b></td></tr>
</table>

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Bxng Holdings, LLC**                                          Case number *(if known)*
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/20/2024**
               MM/ DD/ YYYY

**X** **/s/ Artem Sharoshkin**                                   **Artem Sharoshkin**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

**18. Signature of attorney**

**X**    **/s/ Jason E. Turner**            Date **06/20/2024**
Signature of attorney for debtor                MM/ DD/ YYYY

**Jason E. Turner**
Printed name

**J Turner Law Group, APC**
Firm name

**2563 Mast Way, Ste 202**
Number        Street

**Chula Vista**                    **CA**    **91914**
City                              State    ZIP Code

_____            **Jturner@jturnerlawgroup.com**
Contact phone                      Email address

**160590**                         **CA**
Bar number                         State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | **$5,134,812.96** |
| b. Total debts (including debts listed in 2.c., below) | **$5,659,061.82** |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

secured ☐  unsecured ☐  subordinated ☐  _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business _____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

```
Fill in this information to identify the case:

Debtor name        Bxng Holdings, LLC

United States Bankruptcy Court for the:
                   Southern District of California

Case number (if known): _____
```

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __06/20/2024__          **X** /s/ Artem Sharoshkin
             MM/  DD/  YYYY             Signature of individual signing on behalf of debtor

                                        **Artem Sharoshkin**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

---

Fill in this information to identify the case:

Debtor name _____ **Bxng Holdings, LLC** _____

United States Bankruptcy Court for the:
_____ **Southern District of California** _____

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 AMEX Blue<br>PO Box 60189<br>City of Industry, CA 91716-0189 | | business line of credit | | | | $22,747.00 |
| 2 Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131 | | business line of credit | | | | $78,908.00 |
| 3 Chase Bank<br>PO Box 36520<br>Louisville, KY 40233-6520 | | business line of credit | | | | $21,854.00 |
| 4 Erica Mittendorf<br>c/o Graham Sollis, Eric Dos Santos Graham & Sollis<br>3555 Fifth Avenue 200<br>San Diego, CA 92103 | | settlement of Wage & Hour/PAGA class action lawsuit | | | | $300,000.00 |
| 5 Irena Boostani<br>11464 Village Ridge Rd<br>San Diego, CA 92131 | | business loan | | | | $20,000.00 |
| 6 Nick Cohenmeyer<br>7839 Caminito Camelia<br>San Diego, CA 92127 | | settlement of investment dispute | | | | $29,000.00 |
| 7 Superior Loan Servicing<br>7525 Topanga Canyon Blvd<br>Canoga Park, CA 91303 | | | | | | $2,835.00 |
| 8 The Home Depot<br>5800 Couth Corporate Place<br>Sioux Falls, SD 57108 | | business line of credit | | | | $7,549.00 |

Debtor    __Bxng Holdings, LLC_____    Case number *(if known)* _____

       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor Name  **Bxng Holdings, LLC**

United States Bankruptcy Court for the: _____**Southern**_____  District of  _____**California**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|----------------------------------------------------------------|-------------------------------------|

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo - Corporate** | **Checking account** | **8  8  8  8** | **$0.00** |
| 3.2. | **Wells Fargo -Payroll** | **Checking account** | **8  8  9  6** | **$0.00** |
| 3.3. | **Wells Fargo - UTC** | **Checking account** | **8  9  0  4** | **$49,508.00** |
| 3.4. | **Chase Bank** | **Checking account** | **5  2  7  8** | **$34,000.00** |
| 3.5. | **Chase Bank** | **Checking account** | **5  2  8  6** | **$1,000.00** |
| 3.6. | **Chase Bank** | **Checking account** | **5  3  0  2** | **$480.00** |
| 3.7. | **Wells Fargo - Corporate Savings** | **Savings account** | **8  9  4  2** | **$0.02** |
| 3.8. | **Wells Fargo - Payroll Savings** | **Savings account** | **8  9  6  7** | **$95.00** |
| 3.9. | **Bill.com - Money Out Clearing** | **Brokerage account** | **1  0  7  2** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | _____ | _____ |
| 4.2 | _____ | _____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$85,083.02**

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

Debtor    **Bxng Holdings, LLC**
Name                                                                Case number (if known)

---

**6.    Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **7.    Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1    **The Bxng Club Solana Beach Lease (Landlord: Keith B. Harrison, Sara S. Harrison, James E. Harrison and 9310 Towne Centre Drive Harrison-1, LLC)** | $47,807.90 |
| 7.2    **California Boxing Clubs Lease (Landlord: LMC East Village I Holdings, LLC)** | $18,614.75 |
| 7.3    **California Boxing Clubs Lease (Landlord: California Coast Credit Union)** | $23,024.29 |
| 7.4    **The Bxng Club Arts District Lease (Landlord: AvalonBay Communities, Inc.)** | $35,000.00 |
| 7.5    **The Bxng Club Rancho Bernardo Lease (Landlord: Weikel Rancho Bernardo LP)** | $50,000.00 |
| **8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| Description, including name of holder of prepayment | |
| 8.1 | |
| 8.2 | |
| **9.    Total of Part 2** | $174,446.94 |
| Add lines 7 through 8. Copy the total to line 81. | |

---

| Part 3: | Accounts receivable |
|---|---|

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| **11.    Accounts receivable** | | | |
| 11a. 90 days old or less: | $110,447.00 - $0.00 =....➡ | | $110,447.00 |
| | face amount        doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ - _____ =....➡ | | |
| | face amount        doubtful or uncollectible accounts | | |
| **12.    Total of Part 3** | | | $110,447.00 |
| Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | |

---

| Part 4: | Investments |
|---|---|

**13.    Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

---

Debtor   **Bxng Holdings, LLC**                                    Case number *(if known)* _____
_____
Name

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____      _____      _____

14.2 _____      _____      _____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1 **The Bxng Club Arts District, LLC** | **100.00%** | _____ | **$0.00** |
| 15.2 **The Bxng Club Rancho Bernardo, LLC** | **100.00%** | _____ | **$0.00** |
| 15.3 **The Bxng Club Kearny, LLC** | **100.00%** | _____ | **$0.00** |
| 15.4 **The Bxng Club East Village, LLC** | **100.00%** | _____ | **$0.00** |
| 15.5 **The Bxng Club Solana Beach, LLC** | **100.00%** | _____ | **$0.00** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____      _____      _____

16.2 _____      _____      _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                  **$0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |

Debtor    **Bxng Holdings, LLC**                                    Case number *(if known)* _____
_____
Name

| Merchandise for sale to customers | 05/20/2024 | unknown | Debtor's Purchase Price | $20,000.00 |
|---|---|---|---|---|
| | MM / DD / YYYY | | | |

22. **Other inventory or supplies**

_____    _____    _____    _____    _____
                                    MM / DD / YYYY

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                    | $20,000.00 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                    | _____ |

Debtor  **Bxng Holdings, LLC**
_____  Case number *(if known)* _____
Name

---

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|--------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| Furniture & Fixtures | unknown | | $406,511.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers | unknown | | $71,983.00 |
| Equipment | unknown | | $1,810,212.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

$2,288,706.00

Debtor    **Bxng Holdings, LLC**
_____    Case number *(if known)* _____
Name

---

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2017 Mercedes-Benz Cargo Van** | **unknown** | | **$20,000.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.** **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.    **$20,000.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 9:** | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

---

Debtor    **Bxng Holdings, LLC**                                          Case number *(if known)* _____
              Name

| 55. | Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest | | | | |
|---|---|---|---|---|---|
| | **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| | 55.1 **Commercial lease /** 1540 Industrial Street Los Angeles, CA | Lease | unknown | | unknown |
| | 55.2 **Commercial lease /** 8623 Spectrum Center Blvd. San Diego, CA 92123 | Lease | unknown | | unknown |
| | 55.3 **Commercial lease /** 11985 Bernardo Plaza Drive San Diego, CA 92128-2537 | Lease | unknown | | unknown |
| | 55.4 **Commercial lease /** 511 S. Coast Highway Solana Beach, CA | Lease | unknown | | unknown |
| | 55.5 **Commercial lease /** 1501 Island Avenue San Diego, CA 92101 | Lease | unknown | | unknown |

| 56. | **Total of Part 9**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | | | _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Debtor    **Bxng Holdings, LLC**
_____    Case number *(if known)* _____
    Name

| | | | |
|---|---|---|---|
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |
| | Goodwill | unknown | $100,000.00 |

| | |
|---|---|
| 66. | **Total of Part 10** | $100,000.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔    _____
            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____
_____    Tax year _____    _____
_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor   **Bxng Holdings, LLC**                                                      Case number *(if known)* _____
Name

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| Leasehold Improvements | $2,311,651.00 |
| Improvements | $24,479.00 |

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

    $2,336,130.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Bxng Holdings, LLC**
Name                                                                         Case number *(if known)*

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $85,083.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $174,446.94 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $110,447.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,288,706.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................ ➜ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,336,130.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $5,134,812.96 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................... | | $5,134,812.96 |

Fill in this information to identify the case:

Debtor name _____ **Bxng Holdings, LLC** _____

United States Bankruptcy Court for the:
_____ **Southern District of California** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

**Employment Development Department**

**PO Box 826215 MIC 3A**

**Sacramento, CA 94230-6215**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**payroll taxes 1st and 2nd quarter of 2024**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$135,727.00**    Priority amount: **$135,727.00**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**Bankruptcy Unit**

**PO Box 7326**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**federal payroll taxes for 1st and 2nd quarters of 2024**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$403,140.00**    Priority amount: **$403,140.00**

Debtor    **Bxng Holdings, LLC**
_____    Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**AMEX Blue**

**PO Box 60189**

**City of Industry, CA 91716-0189**

Date or dates debt was incurred _____

Last 4 digits of account number    **2  0  0  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business line of credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,747.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Capital One**

**PO Box 31293**

**Salt Lake City, UT 84131**

Date or dates debt was incurred _____

Last 4 digits of account number    **8  4  3  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business line of credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$78,908.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Chase Bank**

**PO Box 36520**

**Louisville, KY 40233-6520**

Date or dates debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business line of credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,854.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Erica Mittendorf**

**c/o Graham Sollis, Eric Dos Santos**
**Graham & Sollis**

**3555 Fifth Avenue 200**

**San Diego, CA 92103**

Date or dates debt was incurred _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **settlement of Wage & Hour/PAGA class action lawsuit**

Is the claim subject to offset?
☑ No
☐ Yes

**$300,000.00**

Debtor    **Bxng Holdings, LLC**
Name    Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.5**  Nonpriority creditor's name and mailing address

**Irena Boostani**

**11464 Village Ridge Rd**

**San Diego, CA 92131**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**  Nonpriority creditor's name and mailing address

**Nick Cohenmeyer**

**7839 Caminito Camelia**

**San Diego, CA 92127**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $29,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **settlement of investment dispute**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7**  Nonpriority creditor's name and mailing address

**Superior Loan Servicing**

**7525 Topanga Canyon Blvd**

**Canoga Park, CA 91303**

Date or dates debt was incurred _____

Last 4 digits of account number  **2  2  2  3**

As of the petition filing date, the claim is:    $2,835.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8**  Nonpriority creditor's name and mailing address

**The Home Depot**

**5800 Couth Corporate Place**

**Sioux Falls, SD 57108**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:    $7,549.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business line of credit**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     **Bxng Holdings, LLC**
_____
              Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **US Attorney's Office** <br> **Southern Dist. of California** <br> **888 Front St Ste 6293** <br> **San Diego, CA 92101-8807** | Line **2.2** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **US Dept of Justice -- Tax Division** <br> **Ben Franklin Station** <br> **PO Box 683** <br> **Washington, DC 20044-0683** | Line **2.2** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Bxng Holdings, LLC**
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$538,867.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$482,893.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,021,760.00** |

Fill in this information to identify the case:

Debtor name __**Bxng Holdings, LLC**__

United States Bankruptcy Court for the:

__**Southern District of California**__

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or other lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | __**Equipment Lease - The Bxng Club Rancho Bernardo, LLC: equipment located at 11985 Bernardo Plaza Drive, San Diego**__ | __**Ascentium Capital**__ <br><br> __**23970 Highway 59 North**__ <br><br> __**Kingwood, TX 77339-1535**__ |
| | State the term remaining | __**0 months**__ | |
| | List the contract number of any government contract | _____ | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | __**Commercial Lease - The Bxng Club Arts District, LLC: equipment located at 1540 Industrial St Los Angeles**__ | __**Ava Arts District, LP**__ <br><br> __**c/o AvalonBay Communities, Inc. Attn: Legal Department**__ <br><br> __**4040 Wilson Blvd Suite 1000**__ <br><br> __**Arlington, VA 22203**__ |
| | State the term remaining | __**0 months**__ | |
| | List the contract number of any government contract | _____ | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | __**Commercial Lease - California Boxing Clubs, LLC: equipment located at 8623 Spectrum Center Boulevard, San Diego**__ <br><br> __**Contract to be ASSUMED**__ | __**California Coast Credit Union**__ <br><br> __**PO Box 502080**__ <br><br> __**San Diego, CA 92150-2080**__ |
| | State the term remaining | __**0 months**__ | |
| | List the contract number of any government contract | _____ | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | __**Equipment Lease - The Bxng Club Rancho Bernardo, LLC: equipment located at 11985 Bernardo Plaza Drive, San Diego**__ | __**Geneva Capital LLC**__ <br><br> __**1311 Broadway Street**__ <br><br> __**Alexandria, MN 56308-2533**__ |
| | State the term remaining | __**0 months**__ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Bxng Holdings, LLC**
_____    Case number *(if known)* _____
Name

**■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - The Bxng Club Solana Beach, LLC: equipment located at 511 S. Coast Highway, Solana Beach**  **Contract to be ASSUMED** | **Keith B. Harrison, Sara S. Harrison, James E. Harrison and 9310 Towne Centre Drive Harrison-1, LLC**  **c/o Keith Harrison**  **PO Box 231594**  **Encinitas, CA 92023** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | _____ | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - California Boxing Clubs, LLC: equipment located at 1501 Island Avenue, San Diego** | **LMC East Village I Holdings, LLC**  **95 Enterprise Suite 200**  **Aliso Viejo, CA 92656** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | _____ | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - The Bxng Club Rancho Bernardo, LLC: equipment located at 11985 Bernardo Plaza Drive, San Diego**  **Contract to be ASSUMED** | **Weikel Rancho Bernardo LP**  **9810 Scripps Lake Drive, Ste D**  **San Diego, CA 92131** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | _____ | |

Fill in this information to identify the case:

Debtor name **Bxng Holdings, LLC**

United States Bankruptcy Court for the: **Southern**    District of **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.  Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Diana Alexandru** | Street<br><br>City          State          ZIP Code | **Superior Loan Servicing** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2  **Imperial Fitness San Diego, LLC (guarantor)** | Street<br><br>City          State          ZIP Code | **US Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  **Schoote, Patrick Van (guarantor)** | Street<br><br>City          State          ZIP Code | **US Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  **Sharoshkin, Artem (guarantor)** | Street<br><br>City          State          ZIP Code | **Fora Financial Advance, LLC**<br><br>**Fresh Funding** | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |

Debtor  **Bxng Holdings, LLC**
Name

Case number (if known) _____

| Additional Page if Debtor Has More Codebtors |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **US Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Enterprise Bank & Trust** | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br><br>_____<br><br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br><br>_____<br><br>City       State       ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name **Bxng Holdings, LLC**

United States Bankruptcy Court for the:
**Southern District of California**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1: Summary of Assets

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

**1a. Real Property:**
Copy line 88 from *Schedule A/B*.................................................................................... | **$0.00**

**1b. Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................. | **$5,134,812.96**

**1c. Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................... | **$5,134,812.96**

---

### Part 2: Summary of Liabilities

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$4,637,301.82**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... | **$538,867.00**

**3b. Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | **+    $482,893.00**

**4. Total liabilities**...................................................................................................... | **$5,659,061.82**
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Bxng Holdings, LLC**

United States Bankruptcy Court for the:
**Southern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date MM/ DD/ YYYY | ☑ Operating a business ☐ Other | **$3,141,862.00** |
| **For prior year:** From **01/01/2023** to **12/31/2023** MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business ☐ Other | **$7,701,121.00** |
| **For the year before that:** From **01/01/2022** to **12/31/2022** MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business ☐ Other | **$5,190,000.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2023** to **12/31/2023** MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2022** to **12/31/2022** MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor **Bxng Holdings, LLC**                                                           Case number *(if known)* _____
     Name

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Cohenmeyer, Nick** <br> Creditor's name <br><br> **7839 Caminito Camelia** <br> Street <br><br><br> **San Diego, CA 92127** <br> City    State   ZIP Code | **06/04/2024** | **$29,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ **settlement agreement re:** <br> Other **investment dispute** |
| **3.2.** **Fora Financial Advance, LLC** <br> Creditor's name <br><br> **1385 Broadway 15th Floor** <br> Street <br><br><br> **New York, NY 10018** <br> City    State   ZIP Code | | **$36,850.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** **Diana Alexandru** <br> Creditor's name <br><br> **930 Via Mil Cumbres #74** <br> Street <br><br><br> **Solana Beach, CA 92075** <br> City    State   ZIP Code <br><br> Relationship to debtor <br><br> _____ | | **$48,000.00** | **Loan Note (part of loan converted to percentage of Debtor, rest is to be paid)** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Debtor  **Bxng Holdings, LLC**                                                    Case number *(if known)* _____
_____
Name

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____ | _____ | _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | <br><br>XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Mittendorf vs California Boxing Clubs, LLC**<br><br>**Case number**<br><br>**37-2022-00005751-CU-OE-CGL** | **Wage & Hour/PAGA case; case is settled; Debtor still owes $300,000 per terms of settlement agreement** | **San Diego Co. Superior Court**<br>Name<br>**330 W Broadway**<br>Street<br><br>**San Diego, CA 92101**<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Bxng Holdings, LLC**                                   Case number *(if known)*
Name

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

Custodian's name

Street

**Case title**

**Court name and address**

Name

**Case number**

Street

City            State    ZIP Code

**Date of order or assignment**

City            State    ZIP Code

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name

Street

City            State    ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:    Certain Losses**

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:    Certain Payments or Transfers**

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor   **Bxng Holdings, LLC**

Name

Case number *(if known)*

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **J Turner Law Group, APC** | **Attorney's Fee** | **6/17/2024** | **$13,738.00** |

**Address**

**2563 Mast Way, Ste 202**

Street

**Chula Vista, CA 91914**

City                State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor    **Bxng Holdings, LLC**                                        Case number *(if known)* _____
          Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |
| Street |
| |
| City                State      ZIP Code |

| Relationship to debtor |
|---|
| |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. _____ | | From _____ To _____ |
| Street | | |
| _____ | | |
| City            State    ZIP Code | | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| Street | | |
| _____ | _____ | *Check all that apply:* |
| City        State    ZIP Code | _____ | ☐ Electronically |
| | | ☐ Paper |

---

Debtor  **Bxng Holdings, LLC**                                                        Case number *(if known)*
_____
Name

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

Debtor  **Bxng Holdings, LLC**
Name                                                          Case number *(if known)*

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|-----------------------------|----------------------------|
|      | _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
|      | **Public Storage**<br>Name<br>**8000 Raytheon Road**<br>Street<br><br>**San Diego, CA 92111**<br>City          State     ZIP Code | _____<br>_____<br>**Address**<br>_____ | ~~old equipment and office furniture~~<br>_____<br>_____<br>_____ | ☐ No<br><br>☑ Yes |

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
|      | **Public Storage**<br>Name<br>**7545 Dagget Street**<br>Street<br><br>**San Diego, CA 92111**<br>City          State     ZIP Code | _____<br>_____<br>**Address**<br>_____ | ~~old equipment and office furniture~~<br>_____<br>_____<br>_____ | ☐ No<br><br>☑ Yes |

| 20.3 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
|      | **Prime Storage**<br>Name<br>**4800 Pacific Highway**<br>Street<br><br>**San Diego, CA 92110**<br>City          State     ZIP Code | _____<br>_____<br>**Address**<br>_____ | ~~old equipment and office furniture~~<br>_____<br>_____<br>_____ | ☐ No<br><br>☑ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor   **Bxng Holdings, LLC**                                                     Case number *(if known)*
_____
Name

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | _____ | _____ | |
| Street | _____ | _____ | |
| _____ | | _____ | |
| City          State    ZIP Code | | _____ | |

---

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name | _____ | ☐ Pending |
| **Case number** | _____ | _____ | ☐ On appeal |
| | Street | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **9**

Debtor   **Bxng Holdings, LLC**
Name
Case number *(if known)*

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **The Bxng Club Rancho Bernardo LLC**<br>Name<br>**11985 Bernardo Plaza Drive**<br>Street<br><br>**San Diego, CA 92128**<br>City          State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2. **The Boxing Club Kearny, LLC**<br>Name<br>**8623 Spectrum Center Blvd**<br>Street<br><br>**San Diego, CA 92123**<br>City          State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3. **The Boxing Club East Village, LLC**<br>Name<br>**1501 Island Avenue**<br>Street<br><br>**San Diego, CA 92101-7948**<br>City          State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

Debtor **Bxng Holdings, LLC**                                        Case number *(if known)* _____
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.4. **The Boxing Club Solana Beach, LLC**
Name

EIN: _ _ – _ _ _ _ _ _ _

**501 S. Pacific Highway**
Street

**Dates business existed**

From _____    To _____

**Solana Beach, CA 92075**
City          State     ZIP Code

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.5. **The Boxing Arts District LLC**
Name

EIN: _ _ – _ _ _ _ _ _ _

**8623 Spectrum Center Boulevard**
Street

**Dates business existed**

From _____    To _____

**San Diego, CA 92123**
City          State     ZIP Code

## 26. Books, records, and financial statements

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **RG Alliance Group, LLC**                              From **2023**    To **present**
Name

**140 West 3rd Avenue**
Street

**Escondido, CA 92025**
City                          State          ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.                                                          From _____    To _____
Name

Street

City                          State          ZIP Code

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor **Bxng Holdings, LLC**     Case number *(if known)* _____

Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **RG Alliance Group, LLC** <br> Name <br><br> **140 West 3rd Avenue** <br> Street <br><br> **Escondido, CA 92025** <br> City    State    ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. <br><br> Name <br><br> Street <br><br> City    State    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Artem Sharoshkin** | **5/20/2024** | **$20,000.00** |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. <br><br> Name <br><br> Street <br><br> City    State    ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Artem Sharoshkin** | | **, controlling interest** | **80.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor   **Bxng Holdings, LLC**                                    Case number *(if known)* _____
         Name

                                                                                              From _____
                                                                                              To   _____

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Artem Sharoshkin**<br>Name<br><br>**5739 Cornflower Tr**<br>Street<br><br>**San Diego, CA 92130**<br>City                State    ZIP Code<br><br>**Relationship to debtor** | **$180,000 annual salary for management of Debtor** | **6/2023-6/2024** | **salary** |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **The Bxng Club 401(k) Plan** | EIN: **3 7** – **1 6 4 0 0 4 7** |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/20/2024**
              MM/  DD/  YYYY

X **/s/ Artem Sharoshkin**                          Printed name        **Artem Sharoshkin**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor        **Manager**

Debtor    **Bxng Holdings, LLC**                                              Case number *(if known)*
          Name

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

**In re**    Bxng Holdings, LLC

Case No. _____

**Debtor**

Chapter _____ **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    **$13,738.00**

Prior to the filing of this statement I have received ................................................................    **$13,738.00**

Balance Due .........................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Appeal of any order or judgment

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **06/20/2024** | **/s/ Jason E. Turner** |
| *Date* | Jason E. Turner |
| | *Signature of Attorney* |

Bar Number: 160590
J Turner Law Group, APC
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Phone: (619) 946-7193

**J Turner Law Group, APC**
*Name of law firm*

---

AMEX Blue
PO Box 60189
City of Industry, CA 91716-0189

Amur Equipment Finance, LLC
308 N. Locust Street Suite 100
Grand Island, NE 68801

Ascentium Capital
23970 Highway 59 North
Kingwood, TX 77339-1535

Ava Arts District, LP
c/o AvalonBay Communities, Inc.
Attn: Legal Department
4040 Wilson Blvd Suite 1000
Arlington, VA 22203

AvalonBay Communities, Inc.
c/o Legal Department
4040 Wilson Blvd., 1000
Arlington, VA 22203

California Coast Credit Union
PO Box 502080
San Diego, CA 92150-2080

Capital One
PO Box 31293
Salt Lake City, UT 84131

Chase Bank
PO Box 36520
Louisville, KY 40233-6520

Diana Alexandru
930 Via Mil Cumbres #74
Solana Beach, CA 92075


Diana Alexandru



Employment Development
Department
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215


Enterprise Bank



Enterprise Bank & Trust
11939 Rancho Bernardo Road Suite 200
San Diego, CA 92128



Erica Mittendorf
c/o Graham Sollis, Eric Dos Santos
Graham & Sollis
3555 Fifth Avenue 200
San Diego, CA 92103

Fit Athletic - Solana Beach
LLC
350 Tenth Avenue
San Diego, CA 92101


Fit Athletic - Solana Beach,
LLC
350 Tenth Avenue
San Diego, CA 92101

Fora Financial Advance, LLC
1385 Broadway 15th Floor
New York, NY 10018


Fresh Funding
42 Broadway Str #1815
New York, NY 10004-3869


Geneva Capital LLC
1311 Broadway Street
Alexandria, MN 56308-2533


Imperial Fitness San Diego,
LLC (guarantor)


Internal Revenue Service
Bankruptcy Unit
PO Box 7326
Philadelphia, PA 19101-7346


Irena Boostani
11464 Village Ridge Rd
San Diego, CA 92131


Keith B. Harrison, Sara S.
Harrison, James E. Harrison
and 9310 Towne Centre Drive
Harrison-1, LLC
c/o Keith Harrison
PO Box 231594
Encinitas, CA 92023


Lendspark Corporation
2554 Gateway Rd
Carlsbad, CA 92009

LMC East Village I Holdings,
LLC
95 Enterprise Suite 200
Aliso Viejo, CA 92656

Nick Cohenmeyer
7839 Caminito Camelia
San Diego, CA 92127

Patrick Van Schoote

Artem Sharoshkin

Stark & D'Ambrosio
c/o Patrick Stark, Esq.
501 W Broadway 960
San Diego, CA 92101

Superior Loan Servicing
7525 Topanga Canyon Blvd
Canoga Park, CA 91303

The Home Depot
5800 Couth Corporate Place
Sioux Falls, SD 57108

US Attorney's Office
Southern Dist. of California
888 Front St Ste 6293
San Diego, CA 92101-8807

US Dept of Justice -- Tax
Division
Ben Franklin Station
PO Box 683
Washington, DC 20044-0683

US Small Business
Administration
PO Box 3918
Portland, OR 97208

Weikel Rancho Bernardo LP
9810 Scripps Lake Drive, Ste D
San Diego, CA 92131

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

IN RE: **Bxng Holdings, LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**06/20/2024**___     Signature _____**/s/ Artem Sharoshkin**_____

Artem Sharoshkin, Manager