CSD 1100 [07/05/24]

Name, Address, Telephone No. & I.D. No.

Jason E. Turner, SBN 160590
J TURNER LAW GROUP, APC
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Ph: (619) 946-7193
Email: JTurner@jturnerlawgroup.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BXNG HOLDINGS, LLC

Debtor(s)

Bankruptcy No. 24-02239-CL11

## AMENDMENT

Presented are the following original documents [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- ☐ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☒ Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☒ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $34.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☒ Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- ☐ Schedule H: Your Co-Debtor (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Schedule J: Your Expenses (Form 106J)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Other:

Dated: 8/16/2024              Signature _____
                                           Attorney for Debtor

**Debtor(s) signature required on page 2. Server's signature required on page 3.**

CSD 1100 [07/05/24]

# DECLARATION OF DEBTOR

I [We] __ARTEM SHAROSHKIN__ and __n/a__, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: __Aug 16, 2024__  _____  _____
                                                           *Debtor Signature                    *Joint Debtor Signature

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.
    1. Before each entry, specify the purpose of the amendment by inserting:
        a. "ADDED," if the information was missing from the previous document filed; or
        b. "CORRECTED," if the information modifies previously listed information; or
        c. "DELETED," if previously listed information is to be removed.
    2. At the bottom of each page, insert the word "AMENDED."
    3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __8/16/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee: __Jeanne Goddard - Sub V Trustee - jgoddard@ngsllp.com__

☒ For Chapter 7, 11, & 12 cases:
    UNITED STATES TRUSTEE
    ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
    MICHAEL KOCH, TRUSTEE
    mkoch@ch13.sdcoxmail.com

CSD 1100 [07/05/24]

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____
              (Date)

Vaidehi Satsangi
(Typed Name and Signature)
2563 Mast Way, Ste 202
(Address)
Chula Vista, CA 91914
(City, State, ZIP Code)

Fill in this information to identify the case:

Debtor name _____**Bxng Holdings, LLC**_____

United States Bankruptcy Court for the:
_____**Southern District of California**_____

Case number (if known): _____**24-02239-CL11**_____

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

Debtor  **Bxng Holdings, LLC**  
      Name

Case number *(if known)* __24-02239-CL11__

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**ADDED**

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Diversified Construction Technologies, Inc<br>5490 Complex St. Suite 605<br>San Diego, CA 92111<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $48,312.40 |
| **3.2** Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ |
| **3.3** Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ |
| **3.4** Nonpriority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ |

Debtor    **Bxng Holdings, LLC**                                    Case number *(if known)*    **24-02239-CL11**
       Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $0.00 |
| 5b. Total claims from Part 2 | 5b. + | $48,312.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $48,312.40 |

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 3 of 3

**Fill in this information to identify the case:**

Debtor name __**Bxng Holdings, LLC**__

United States Bankruptcy Court for the: __**Southern District of California**__

Case number (if known): __**24-02239-CL11**__   Chapter __**11**__

☑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - The Bxng Club Rancho Bernardo, LLC: equipment located at 11985 Bernardo Plaza Drive, San Diego (Debtor is guarantor) CORRECTED | Ascentium Capital  23970 Highway 59 North  Kingwood, TX 77339-1535 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - The Bxng Club Arts District, LLC (Debtor is guarantor) CORRECTED  Contract to be REJECTED | Ava Arts District, LP  c/o AvalonBay Communities, Inc. Attn: Legal Department  4040 Wilson Blvd Suite 1000  Arlington, VA 22203 |
| | State the term remaining | 108 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - Debtor is tenant CORRECTED  Contract to be ASSUMED | California Coast Credit Union  PO Box 502080  San Diego, CA 92150-2080 |
| | State the term remaining | 36 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - The Bxng Club Rancho Bernardo, LLC Is lessee (Debtor is guarantor): equipment located at 11985 Bernardo Plaza Drive, San Diego CORRECTED | Geneva Capital LLC  1311 Broadway Street  Alexandria, MN 56308-2533 |
| | State the term remaining | 46 months | |
| | List the contract number of any government contract | | |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                page 1 of 2

Debtor **Bxng Holdings, LLC**
Name

Case number *(if known)* **24-02239-CL11**

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - Tenant is The Bxng Club Solana Beach, LLC (Debtor is guarantor) CORRECTED | Keith B. Harrison, Sara S. Harrison, James E. Harrison and 9310 Towne Centre Drive Harrison-1, LLC <br> c/o Keith Harrison <br> PO Box 231594 <br> Encinitas, CA 92023 |
| | State the term remaining | 58 months | |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - Debtor is tenant--CORRECTED | LMC East Village I Holdings, LLC <br> 95 Enterprise Suite 200 <br> Aliso Viejo, CA 92656 |
| | State the term remaining | 49 months | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - The Bxng Club Rancho Bernardo, LLC (Debtor is guarantor) CORRECTED | Weikel Rancho Bernardo LP <br> 9810 Scripps Lake Drive, Ste D <br> San Diego, CA 92131 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Official Form 206G　　　　Schedule G: Executory Contracts and Unexpired Leases　　　　page 2 of 2