CSD 1101 [12/01/23]
Name, Address, Telephone No. & I.D. No.

Jason E. Turner, SBN 160590
J TURNER LAW GROUP, APC
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Ph: (619) 946-7193
Email: JTurner@jturnerlawgroup.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
BXNG HOLDINGS, LLC

Debtor(s)

BANKRUPTCY NO. 24-02239-CL11

## NOTICE TO CREDITORS OF THE ABOVED-NAMED DEBTOR
## ADDED BY AMENDMENT OR BALANCE OF SCHEDULES

You are hereby notified that the debtor is filing in this case a schedule or an amendment to the debtor's list of debts to include you as a creditor of this estate. If you have questions concerning the legal effect of this filing upon you as a creditor, please consult your own legal counsel. Neither the Court nor I may advise you on legal matters.

You are further notified that on 06/20/2024, the debtor filed a petition for relief under Chapter 11, of the United States Bankruptcy Code. [If applicable: The case was subsequently converted to a case under Chapter n/a of the Code on: n/a.]

**As a result of the filing of the petition, you are notified that certain acts and proceedings against the debtor and his estate are stated as provided in 11 U.S.C. § 362(a).**

Copies of notices indicated below are pertinent to this case and are enclosed with this notice.

Order for and Notice of Section 341(a) Meeting and/or Notice of Hearing on Objection to Confirmation of Chapter 13 Plan

☐ Meeting and/or Hearing pending

☐ Meeting and/or Hearing concluded

☑ Meeting and/or Hearing continued to August 27, 2024, at 2 p.m.

☐ Discharge of the Debtor

☐ Order Fixing Last Date for Filing Claims and Proof of Claim (Form 410)

☐ Order Confirming Plan

☐ Other (specify)

Dated: 8/16/2024

Signed: /s/ Jason E. Turner
☐ Debtor  ☑ Attorney for Debtor

**CSD 1101** [12/01/23]

## INSTRUCTIONS

1. Determine which of the notices or orders listed on the reverse side have been mailed to creditors prior to preparation of the amendment or balance of schedules being filed with this notice. Copies of those notices must be mailed to the added creditors and copies attached to this notice. Failure to do so may cause the amendment, schedules and/or notice to be returned for correction.
2. Compliance with LBR 1007-4 and 1009 are required.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Notice to Creditors of the Above-Named Debtor Added by Amendment** on the following persons listed below by mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Michael S. Greger on behalf of Creditor AVA Arts District, L.P.:mgreger@allenmatkins.com
Corina R Pandeli - US Trustee:corina.pandeli@usdoj.gov:ustp.region15@usdoj.gov:tiffany.l.carroll@usdoj.gov
Timothy J. Silverman - tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

☑  Chapter 7 Trustee:  Jeanne Goddard - Sub V Trustee - jgoddard@ngsllp.com

☑  For Chapter 7, 11, & 12 cases:            ☐  For EVEN numbered Chapter 13 cases:
    UNITED STATES TRUSTEE                        MICHAEL KOCH, TRUSTEE
    ustp.region15@usdoj.gov                      mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

On  8/16/2024  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Diversified Construction Technologies, Inc.
5490 Complex St., Suite 605
San Diego, CA 92111

CSD 1101 [12/01/23]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  8/16/2024
            (Date)

Vaidehi Satsangi
(Typed Name and Signature)

2563 Mast Way, Ste 202
(Address)

Chula Vista, CA 91914
(City, State, ZIP Code)

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Bxng Holdings, LLC**<br>Name | EIN: | 37-1640047 |
| United States Bankruptcy Court | Southern District of California | Date case filed for chapter: | 11    6/20/24 |
| Case number: | 24-02239-CL11 | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

12/15/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

**The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.**

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Bxng Holdings, LLC | |
| 2. | **All other names used in the last 8 years** | aka The Bxng Club, fka California Boxing Clubs, LLC | |
| 3. | **Address** | 1985 Bernardo Plaza Drive<br>San Diego, CA 92128 | |
| 4. | **Debtor's attorney**<br>Name and address | Jason E. Turner<br>J. Turner Law Group, APC<br>2563 Mast Way<br>Ste 202<br>Chula Vista, CA 91914 | Contact phone 619-946-7193<br>Email jturner@jturnerlawgroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jean Goddard<br>NGS, LLP<br>6120 Paseo Del Norte<br>Suite A-1<br>Carlsbad, CA 92011 | Contact phone 760-930-0282<br>Email: jgoddard@ngsllp.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | Hours open<br>8:30am - 4:30pm<br><br>Contact phone 619-557-5620<br><br>Date: 6/27/24 |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)    Notice of Chapter 11 Bankruptcy Case    page 1

**For more information, see page 2 >**

Debtor  **Bxng Holdings, LLC**                                                                                 Case number **24-02239-CL11**

| | | |
|---|---|---|
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 23, 2024 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**To access the telephonic 341 meeting, dial / call 877-327-1920 and enter, passcode 7293433# when prompted** |
| 8. **Proof of claim deadline** | **Deadline for filing proof of claim: 8/29/24**   For a governmental unit: **12/17/24**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.casb.uscourts.gov/html/csdforms/410.pdf or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Exception to discharge deadline** | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judiciary proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:  9/23/24** | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| 13. **Dismissal of Case** | Notice is given that this case will be dismissed if the debtor(s) fails to pay filing fees pursuant to Federal Rules of Bankruptcy Procedure 1006(b). This dismissal may occur without further notice. Furthermore, notice is given that if the Debtor fails to file schedules and statements required by the Rules of Bankruptcy Procedure 1007, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting, or a "small business debtor" fails to timely comply with 11 U.S.C. §1116(1),(2) and (3) that the Court, Trustee or U.S. Trustee will move for dismissal of case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled. | |