CSD 1100 [07/05/24]

Name, Address, Telephone No. & I.D. No.

Jason E. Turner, SBN 160590
J TURNER LAW GROUP, APC
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Ph: (619) 946-7193
Email: JTurner@jturnerlawgroup.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
BXNG HOLDINGS, LLC
                               Debtor(s)

Bankruptcy No. 24-02239-CL11

**AMENDMENT**

Presented are the following original documents [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- ☒ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☒ Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☒ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $34.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☒ Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- ☐ Schedule H: Your Co-Debtor (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Schedule J: Your Expenses (Form 106J)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Other:

Dated: Sept 4, 2024          Signature _____
                                          Attorney for Debtor

**Debtor(s) signature required on page 2. Server's signature required on page 3.**

CSD 1100 [07/05/24]

## DECLARATION OF DEBTOR

I [We] ARTEM SHAROSHKIN   Bxng Holdings LLC   and   n/a   , the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: 08/04/2024

_____   _____
*Debtor Signature   *Joint Debtor Signature

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

### INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are not to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed after the case is closed are not entitled to a refund of fees\*\***

### PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Michael S. Greger - mgreger@allenmatkins.com
Corina R Pandeli - corina.pandeli@usdoj.gov, ustp.region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
Timothy J. Silverman - tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com

☒   Chapter 7 Trustee: Jeanne Goddard - Sub V Trustee - jgoddard@ngsllp.com

☒   For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐   For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 1100 [07/05/24]

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on 9/5/2024 Vaidehi Satsangi
(Date) (Typed Name and Signature)

2563 Mast Way, Ste 202
(Address)

Chula Vista, CA 91914
(City, State, ZIP Code)

Fill in this information to identify the case:

Debtor Name **Bxng Holdings, LLC**

United States Bankruptcy Court for the: **Southern** District of **California**
(State)

Case number (If known): **24-02239-CL11**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Bill.com - Money Out Clearing-- DELETED | Brokerage account | 1 0 7 2 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____

   4.2 _____  _____

5. **Total of Part 1**   $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____  _____

Debtor   **Bxng Holdings, LLC**                                Case number *(if known)* 24-02239-CL11
         Name

7.2 _____    _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____    _____

    8.2 _____    _____

9.  **Total of Part 2**                                                _____
    Add lines 7 through 8. Copy the total to line 81.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =..... →    _____
                              face amount   doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ - _____ =..... →    _____
                              face amount   doubtful or uncollectible accounts

12. **Total of Part 3**                                                _____
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                   % of ownership:

    15.1 _____    _____    _____    _____

    15.2 _____    _____    _____    _____

Debtor **Bxng Holdings, LLC**
Name

Case number *(if known)* 24-02239-CL11

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____  _____

    16.2 _____     _____  _____

17. **Total of Part 4**                                                                    _____
    Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|

19. **Raw materials**

    _____  MM / DD / YYYY   _____  _____  _____

20. **Work in progress**

    _____  MM / DD / YYYY   _____  _____  _____

21. **Finished goods, including goods held for resale**

    _____  MM / DD / YYYY   _____  _____  _____

22. **Other inventory or supplies**

    _____  MM / DD / YYYY   _____  _____  _____

23. **Total of Part 5**                                                                    _____
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☑ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 3

Debtor **Bxng Holdings, LLC**　　　　　　　　　　　　　　　　Case number *(if known)* **24-02239-CL11**
　　　　Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

28. **Crops—either planted or harvested**

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    - ☒ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☒ No
    - ☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☒ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    - ☐ No. Go to Part 8.
    - ☒ Yes. Fill in the information below.

Debtor  **Bxng Holdings, LLC**  
      Name

Case number *(if known)* 24-02239-CL11

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Furniture & Fixtures--CORRECTED VALUE | unknown | | $200,000.00 |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Computers--CORRECTED VALUE | unknown | | $50,000.00 |
| | Equipment--CORRECTED VALUE | unknown | | $900,000.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** <br> Add lines 39 through 42. Copy the total to line 86. | | | $1,150,000.00 |
| 44. | Is a depreciation schedule available for any of the property listed in Part 7? <br> ☐ No <br> ☑ Yes | | | |
| 45. | Has any of the property listed in Part 7 been appraised by a professional within the last year? <br> ☑ No <br> ☐ Yes | | | |

### Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    - ☑ No. Go to Part 9.
    - ☐ Yes. Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |

Debtor **Bxng Holdings, LLC**  
Name

Case number *(if known)* 24-02239-CL11

47.4 _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____

   48.2 _____

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____

51. **Total of Part 8**
   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

Official Form 206A/B   Schedule A/B: Assets — Real and Personal Property   page 6

Debtor  **Bxng Holdings, LLC**                                                    Case number *(if known)* **24-02239-CL11**
Name

---

| | |
|---|---|
| 56. | **Total of Part 9** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. |

| | |
|---|---|
| 57. | **Is a depreciation schedule available for any of the property listed in Part 9?** |
| | ☒ No |
| | ☐ Yes |
| 58. | **Has any of the property listed in Part 9 been appraised by a professional within the last year?** |
| | ☒ No |
| | ☐ Yes |

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☒ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☒ No
    ☐ Yes

---

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 7

Debtor  **Bxng Holdings, LLC**                                   Case number *(if known)* **24-02239-CL11**
   Name

---

### 69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

- ☑ No
- ☐ Yes

### Part 11:  All other assets

### 70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

### 71. Notes receivable

Description (include name of obligor)

_____    _____ − _____ = → _____
                           Total face amount   doubtful or uncollectible amount

### 72. Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

_____    Tax year _____    _____
_____    Tax year _____    _____
_____    Tax year _____    _____

### 73. Interests in insurance policies or annuities

_____                            _____

### 74. Causes of action against third parties (whether or not a lawsuit has been filed)

_____                            _____

Nature of claim       _____

Amount requested      _____

### 75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

_____                            _____

Nature of claim       _____

Amount requested      _____

### 76. Trusts, equitable or future interests in property

_____                            _____

### 77. Other property of any kind not already listed *Examples:* Season tickets, country club membership

_____                            _____

---

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property            page **8**

Debtor **Bxng Holdings, LLC**  
Name

Case number *(if known)* **24-02239-CL11**

---

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0.00 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | | |
| 83. | Investments. *Copy line 17, Part 4.* | | |
| 84. | Inventory. *Copy line 23, Part 5.* | | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| 86. | Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $1,150,000.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | | |
| 88. | Real property. *Copy line 56, Part 9.* ....................... → | | |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | | |
| 90. | All other assets. *Copy line 78, Part 11.* | + | |
| 91. | **Total.** *Add lines 80 through 90 for each column*..................91a. | $1,150,000.00 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... $1,150,000.00

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page **9**

Fill in this information to identify the case:

Debtor name _____**Bxng Holdings, LLC**_____

United States Bankruptcy Court for the: _____**Southern District of California**_____

Case number (if known): _____**24-02239-CL11**_____

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| **2.1** Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |

Debtor **Bxng Holdings, LLC**　　　　　　　　　　　　　　　　　　　Case number *(if known)* __24-02239-CL11__
　　　　　Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Ascentium Capital a Division of Regions Bank<br>23970 Hwy 59 N<br>Kingwood, TX 77339<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: financing agreement for purchase of equipment--4/2023 **(ADDED)**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $243,383.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>Hollander Design Group<br>3603 5th Avenue<br>San Diego, CA 92103-4219<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Construction/design services-2022/2023 **(ADDED)**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $72,362.09 |
| **3.3** Nonpriority creditor's name and mailing address<br><br><br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes |  |
| **3.4** Nonpriority creditor's name and mailing address<br><br><br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes |  |

Debtor  **Bxng Holdings, LLC**　　　　　　　　　　　　　　　　　　　Case number *(if known)*  **24-02239-CL11**
　　　　　Name

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $0.00 |
| 5b. | Total claims from Part 2 | 5b. + | $315,745.09 |
| 5c. | Total of Parts 1 and 2　Lines 5a + 5b = 5c. | 5c. | $315,745.09 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bxng Holdings, LLC** |
| United States Bankruptcy Court for the: | **Southern District of California** |
| Case number (if known): **24-02239-CL11**   Chapter **11** | ☑ Check if this is an amended filing |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | DELETED | Ascentium Capital |
| | | | 23970 Highway 59 North |
| | State the term remaining | 0 months | Kingwood, TX 77339-1535 |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - The Bxng Club Arts District, LLC (Debtor is guarantor) CORRECTED | Ava Arts District, LP |
| | | | c/o AvalonBay Communities, Inc. Attn: Legal Department |
| | | Contract to be REJECTED | 4040 Wilson Blvd Suite 1000 |
| | State the term remaining | 108 months | Arlington, VA 22203 |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - Debtor is tenant CORRECTED | California Coast Credit Union |
| | | | PO Box 502080 |
| | | Contract to be ASSUMED | San Diego, CA 92150-2080 |
| | State the term remaining | 36 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - The Bxng Club Rancho Bernardo, LLC Is lessee (Debtor is guarantor): equipment located at 11985 Bernardo Plaza Drive, San Diego CORRECTED | Geneva Capital LLC |
| | | | 1311 Broadway Street |
| | | | Alexandria, MN 56308-2533 |
| | State the term remaining | 46 months | |
| | List the contract number of any government contract | | |

Official Form 206G            Schedule G: Executory Contracts and Unexpired Leases            page 1 of 2

Debtor **Bxng Holdings, LLC**  
Name

Case number *(if known)* **24-02239-CL11**

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - Tenant is The Bxng Club Solana Beach, LLC (Debtor is guarantor) CORRECTED** | **Keith B. Harrison, Sara S. Harrison, James E. Harrison and 9310 Towne Centre Drive Harrison-1, LLC** <br> **c/o Keith Harrison** <br> **PO Box 231594** <br> **Encinitas, CA 92023** |
| | State the term remaining | **58 months** | |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - Debtor is tenant--CORRECTED** | **LMC East Village I Holdings, LLC** <br> **95 Enterprise Suite 200** <br> **Aliso Viejo, CA 92656** |
| | State the term remaining | **49 months** | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease - The Bxng Club Rancho Bernardo, LLC (Debtor is guarantor) CORRECTED** | **Weikel Rancho Bernardo LP** <br> **9810 Scripps Lake Drive, Ste D** <br> **San Diego, CA 92131** |
| | State the term remaining | **90 months** | |
| | List the contract number of any government contract | | |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     page 2 of 2