Jason E. Turner, No. 160590
**J. TURNER LAW GROUP, APC**
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Ph: (619) 946-7193
Fax: (619) 872-0923
Email: Jturner@jturnerlawgroup.com

Attorney for Debtor/Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BXNG HOLDINGS, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 24-02239-CL11<br><br>DEBTOR'S NOTICE OF REJECTION OF UNEXPIRED COMMERCIAL LEASE<br>(11 US Code Section 365) |

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Debtor and Debtor in Possession BXNG HOLDINGS, LLC rejects the following unexpired nonresidential lease:

- Debtor's unexpired nonresidential lease with California Coast Credit Union dated April 11, 2011, as amended, for the commercial real property commonly known as 8623 Spectrum Center Boulevard, San Diego, California.

1

Debtor intends that the above-described unexpired lease be deemed rejected pursuant to 11 US Code Section 365(d)(4) as of October 18, 2024, which is 120 days after this case was filed and the Court's Order for Relief was issued.

Dated: October 16, 2024

Respectfully submitted,

**J. TURNER LAW GROUP, APC**

By:___/s/ Jason E. Turner___
Attorney For
BXNG HOLDINGS, LLC
Debtor and Debtor In Possession

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that:

1. I am an adult and not a party to this case. My business address is 2563 Mast Way, Ste 202, Chula Vista, CA 91914.
2. On October 16, 2024, I served the foregoing **Debtor Notice of Rejection of Unexpired Lease** to the following persons via ECF:

- Jeanne Goddard—Subchapter V Trustee: jgoddard@ngsllp.com
- Michael S. Greger on behalf of Creditor AVA Arts District, L.P. mgreger@allenmatkins.com
- Corina R Pandeli on behalf of United States Trustee United States Trustee corina.pandeli@usdoj.gov, ustp.region15@usdoj.gov, tiffany.l.carroll@usdoj.gov
- Timothy J. Silverman on behalf of Creditor Enterprise Bank & Trust tsilverman@scheerlawgroup.com

And via email on 10/16/2024 to: Aaron Malo, attorney for California Coast Credit Union:

    amalo@sheppardmullin.com

Dated: October 16, 2024          _____/s/ Jason E. Turner_____

3