CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Jason E. Turner, SBN 160590
J TURNER LAW GROUP, APC
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Email: JTurner@jturnerlawgroup.com
Ph: (619) 946-7193

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BXNG HOLDINGS, LLC              Debtor(s)

BANKRUPTCY NO.  24-02239-CL11

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, Vaidehi Satsangi   am a resident of the State of California, over the age of 18 years, and not a party to this action.

On  10/16/2024  , I served the following documents:

DEBTOR'S NOTICE OF REJECTION OF UNEXPIRED COMMERCIAL LEASE

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐    Chapter 7 Trustee:

☐    For Chapter 7, 11, & 12 cases:         ☐    For Chapter 13 cases:
     UNITED STATES TRUSTEE                        MICHAEL KOCH, TRUSTEE
     ustp.region15@usdoj.gov                     mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On  10/16/2024  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Aaron Malo
Sheppard Mullin
650 Town Center Drive, 10th Floor
Costa Mesa, CA 92626-1993

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  10/16/2024
            (Date)

Vaidehi Satsangi
(Typed Name and Signature)

2563 Mast Way, Ste 202
(Address)

Chula Vista, CA 91914
(City, State, ZIP Code)