CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

Jason E. Turner, No. 160590
J TURNER LAW GROUP, APC
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Ph: (619) 946-7193
Email: JTurner@jturnerlawgroup.com    Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
BXNG HOLDINGS, LLC

Debtor.

BANKRUPTCY NO. 24-02239-CL11

Date of Hearing: N/A
Time of Hearing:
Name of Judge:  Hon. Christopher Latham

## ORDER ON
### DEBTOR'S EMERGENCY MOTION TO EXTEND ITS DEADLINE TO ASSUME OR REJECT LEASE

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: _____    _____
                                 Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON DEBTOR'S EMERGENCY MOTION TO EXTEND ITS DEADLINE TO ASSUME OR REJECT LEASE
DEBTOR: BXNG HOLDINGS, LLC                                                         CASE NO: 24-02239-CL11

---

Debtor and Debtor in Possession BXNG HOLDINGS, LLC ("Debtor") filed its Emergency Motion to Extend its Deadline to Assume or Reject an Unexpired Nonresidential Lease pursuant to 11 US Code Section 365(d)(4)(B).  The Court having reviewed this Motion, and there being no opposition thereto, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Debtor's Motion is Granted;

2. The Court finds good cause to extend Debtor's deadline to assume or reject the unexpired nonresidential lease which it has with landlord LMC East Village I Holdings, LLC for the leased premises at 1501 Island Avenue, San Diego, CA. Debtor's deadline to assume or reject said lease is hereby extended for 90 days, up to and through January 17, 2025.

SO ORDERED.

CSD 1001A