Jason E. Turner, No. 160590
**J. TURNER LAW GROUP, APC**
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Ph: (619) 946-7193
Email: Jturner@jturnerlawgroup.com

Attorney for Debtor/Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re BXNG HOLDINGS, LLC,<br><br>    Debtor and Debtor in Possession. | Case No.: 24-02239-11<br><br>DECLARATION OF BRIAN JINNINGS IN SUPPORT OF DEBTOR'S EMERGENCY MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASE |

I, BRIAN JINNINGS, hereby declare:

    1.    I am a California licensed real estate broker (DRE license #01958652) and the president of Venture Commercial, a real estate brokerage company in San Diego, CA. I have personal knowledge of the matters contained in this declaration and if called to do so, could competently testify thereto.

    2.    For the last three years, I have assisted Bxng Holdings LLC in negotiating its commercial real estate leases in the San Diego area. Since the Company's bankruptcy filing, I have continued to assist the Company in negotiating modifications of its leases in order to help it