Jason E. Turner, No. 160590
**J. TURNER LAW GROUP, APC**
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Ph: (619) 946-7193
Email: Jturner@jturnerlawgroup.com

Attorney for Debtor/Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BXNG HOLDINGS, LLC,<br><br>Debtor and Debtor in Possession. | Case No.: 24-02239-11<br><br>DECLARATION OF JASON E. TURNER, ESQ, IN SUPPORT OF DEBTOR'S EMERGENCY MOTION TO EXTEND DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASE |

I, JASON E. TURNER, hereby declare:

1. I am an attorney at law, duly licensed and admitted to practice before all the courts of the State of California and before this Court. I am the attorney of record for Debtor/Debtor In Possession Bxng Holdings, LLC (Debtor) in this case. I have personal knowledge of the matters contained in this declaration and if called to do so, could competently testify thereto.

2. For several months, my client has been attempting to work with LMC East Village I Holdings, LLC, the owner of the 1501 Island Avenue, San Diego, CA commercial property and the landlord of Debtor, on an agreement to modify or replace the 2017 lease

1

agreement between the parties (hereinafter, the Lease). However, no agreement on a modification of the Lease has yet been obtained.

3. In an effort to achieve some consensus with the landlord on an extension of Debtor's deadline to assume or reject the Lease, on or about October 4, 2024, I sent a Stipulation to the landlord's attorney, Cynthia Stelzer of Kimball, Tirey & St. John. Said Stipulation would have been an agreement between Debtor and the landlord to extend Debtor's deadline.

4. Today, I received a call from Scott Laes, who is the landlord's bankruptcy attorney. He told me that the landlord is not willing to sign a stipulation, but will not oppose an extension of Debtor's deadline to assume or reject the Lease. Attached hereto is a true and correct copy of the email that I received from Mr. Laes after that phone call, which email reiterates what he told me about the landlord's nonopposition to an extension of Debtor's deadline.

5. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on this 16th day of October 2024 at Chula Vista, California.

_____
Jason E. Turner

2

 Outlook

## In re BXNG Holdings, LLC

**From** Laes, Scott R. <SLaes@coxcastle.com>
**Date** Wed 10/16/2024 4:21 PM
**To** jturner jturnerlawgroup.com <jturner@jturnerlawgroup.com>

Jason:

Thanks for speaking with me. Below is my contact information, including my phone number. As I stated over the phone, my client is not willing to agree to a stipulation but, while reserving all rights and waiving none, will not oppose a motion by Debtor to extend the deadline to assume or reject the lease, assuming that the language is plain and straightforward. If you can please provide a draft motion with as much time to review as possible, that would be great. I will turn to it as immediately as possible when received.

Best,

**Scott R. Laes**

 COX CASTLE

Cox, Castle & Nicholson LLP
2029 Century Park East | Suite 2100 | Los Angeles, Ca 90067
*direct:* 310.284.2117
*main:* 310.284.2200

slaes@coxcastle.com | vcard | bio | website

This communication is intended only for the exclusive use of the addressee and may contain information that is privileged or confidential. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy or distribute it. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please call us promptly and securely dispose of it. Thank you.