CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Jason E. Turner, No. 160590
J TURNER LAW GROUP, APC
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Ph: (619) 946-7193
Email: JTurner@jturnerlawgroup.com    Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
BXNG HOLDINGS, LLC

Debtor(s)

BANKRUPTCY NO. 24-02239-CL11

Plaintiff(s)

ADVERSARY NO. n/a

v.

Defendant(s)

# PROOF OF SERVICE

I, Jason E. Turner, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On 10/16/2024, I served the following documents:

1. Debtor's Emergency Motion to Extend Deadline to Assume or Reject Unexpired Lease
2. Declaration of Artem Sharoshkin in Support of Debtor's Motion
3. Declaration of Brian Jinnings in Support of Debtor's Motion
4. Declaration of Jason Turner in Support of Debtor's Motion

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 10/16/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Michael S. Greger on behalf of Creditor AVA Arts District, L.P.mgreger@allenmatkins.com
Corina R Pandeli on behalf of United States Trustee United States Trustee-corina.pandeli@usdoj.gov
Timothy J. Silverman on behalf of Creditor Enterprise Bank & Trust--tsilverman@scheerlawgroup.com

☒ Chapter 7 Trustee: Jeanne Goddard--Sub V Trustee--jgoddard@ngsllp.com

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  10/16/2024  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

via email:
Scott Laes, Attorney for Landlord LMC East Village I Holdings, LLC--slaes@coxcastle.com

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  10/16/2024   /s/ Jason E. Turner
(Date)  (Typed Name and Signature)

2563 Mast Way, Ste 202
(Address)

Chula Vista, CA 91914
(City, State, ZIP Code)