Jason E. Turner, No. 160590
**J. TURNER LAW GROUP, APC**
2563 Mast Way, Ste 202
Chula Vista, CA 91914
Ph: (619) 946-7193
Email: Jturner@jturnerlawgroup.com

Attorney for Debtor/Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re BXNG HOLDINGS, LLC,

    Debtor and Debtor in Possession.

**Case No.: 24-02239-CL11**

DEBTOR'S STATUS REPORT RE: STATUS OF CHAPTER 11 PLAN AND US TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

**Hrg Date: March 31, 2025**

**Time: 2:30pm**
**Dept. 1**
**Judge: Hon. Christopher Latham**

Debtor and Debtor in Possession BXNG HOLDINGS, LLC ("Debtor") hereby submits this Report in anticipation of the upcoming Status Conference regarding Debtor's Chapter 11 Plan and the hearing on the US Trustee's pending Motion to Dismiss or Convert this case.

In its last filing with the Court, Debtor explained that it was in active discussions with potential buyers for the sale of Debtor's assets in a liquidation Chapter 11 plan. Unfortunately, those discussions fell through, with the would-be buyers backing out. For this reason, Debtor has not filed an amended plan.

1

In the meantime, Debtor's financial condition has continued to decline. Because of its declining revenues and the lack of any deal to sell its assets, Debtor had to close its three remaining boxing club sites on Friday, March 21, 2025. Accordingly, Debtor will not oppose the US Trustee's Motion for conversion of this case to a Chapter 7 case for the liquidation of its remaining assets.

Respectfully submitted,

**J. TURNER LAW GROUP, APC**

Dated: March 23, 2025            By:   /s/ Jason E. Turner
                                 Attorney for Debtor/Debtor in Possession

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that:

1. I am an adult and not a party to this case. My business address is 2563 Mast Way, Ste 202, Chula Vista, CA 91914.
2. On March 23, 2025, I served the foregoing **Debtor's Status Report** to the following persons via ECF:

- Jeanne Goddard—Subchapter V Trustee: jgoddard@ngsllp.com
- Michael S. Greger on behalf of Creditor AVA Arts District, L.P. mgreger@allenmatkins.com
- Corina R Pandeli on behalf of United States Trustee United States Trustee corina.pandeli@usdoj.gov, ustp.region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- Timothy J. Silverman on behalf of Creditor Enterprise Bank & Trust tsilverman@scheerlawgroup.com
- Asya (Anna) Landa on behalf of Creditor Creditors Adjustment Bureau, Inc. alanda@kjfesq.com
- Aaron Malo on behalf of Creditor CALIFORNIA COAST CREDIT UNION amalo@sheppardmullin.com, abilly@sheppardmullin.com;mlinker@sheppardmullin.com

Dated: March 23, 2025                                     /s/ Jason E. Turner

3