TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

| | |
|---|---|
| Bankruptcy Case: | Bxng Holdings, LLC |
| Bankruptcy Number: | 24-02239-CL11 |
| Hearing: | 03/31/2025 2:30 PM |
| Motion: | 1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 3/3/25) |
| | 2) MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) FILED BY UNITED STATES TRUSTEE (fr. 3/3/25) |

1-2) The court will **hear** these matters.  It has considered the U.S. Trustee's dismissal motion and reply (ECF Nos. 141 & 149), Debtor's opposition and status report (ECF Nos. 144 & 155), and its own docket.  The UST favors dismissal (ECF No. 141).  And in the opposition, Debtor also argued for it.  (ECF No. 144).  But in its status report, Debtor states it no longer opposes conversion (ECF No. 155).  Debtor should come prepared to discuss why dismissal is not in the best interest of creditors.