**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

CORINA R. PANDELI, SBN 283054
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Order Entered on
April 3, 2025
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BXNG HOLDINGS, LLC,

Debtor.

BANKRUPTCY NO.    24-02239-CL11
Date of Hearing:    March 31, 2025
Time of Hearing:    2:30 p.m.
Name of Judge:    Christopher B. Latham

# ORDER ON
# ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT
# CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)

The court orders as set forth on the continuation pages attached and numbered ___2___ through ___3___ with jro

exhibits, if any, for a total of ___3___ pages. Motion/Application Docket Entry No. ___141___.

//

//

//

//

//

//

//

DATED:    April 3, 2025

Judge, United States Bankruptcy Court

**CSD 1001A**

**CSD 1001A** [07/01/18]**(Page 2)**

| | |
|---|---|
| ORDER ON: | ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) |
| DEBTOR: | BXNG HOLDINGS, LLC                                   CASE NO:    24-02239-CL11 |

This matter came before the Court on the Acting United States Trustee's ("United States Trustee") Motion to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) ("Motion to Dismiss or Convert"), filed at ECF No. 141.  The Motion was properly noticed and the hearing on the Motion was scheduled for March 31, 2025, at 2:30 p.m.  The Debtor filed Opposition to the Motion to Dismiss or Convert at ECF No. 144.  In its Opposition, the Debtor indicated that it was in negotiations with a potential buyer for a liquidation sale of all or substantially all of the Debtor's assets; as such, the Debtor requested a brief continuance to file an amended plan of liquidation.  The United States Trustee and the Subchapter V Trustee filed replies of non-opposition to the Debtor's request.  ECF Nos. 148, 149.  In a subsequent status report, ECF No. 155, the Debtor indicated that it did not oppose the Motion to Dismiss or Convert based on sale discussions that fell through and declining business revenue that led the Debtor to close its remaining gym locations.

The matter was heard by the Bankruptcy Court as noticed, with the Honorable Christopher B. Latham presiding.  Appearances were made as noticed on the record.  Based on the Motion to Dismiss or Convert, Opposition, Debtor's subsequent status reports, and for the reasons stated on the record:

///

///

///

///

///

///

///

///

**CSD 1001A**

**CSD 1001A** [07/01/18]**(Page 3)**

| | |
|---|---|
| ORDER ON: | ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b) |
| DEBTOR: | BXNG HOLDINGS, LLC                           CASE NO:   24-02239-CL11 |

**IT IS HEREBY ORDERED** that:

1.     The United States Trustee's Motion to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) is GRANTED;

2.     Cause exists to dismiss or convert the Chapter 11 case pursuant to 11 U.S.C. § 1112(b);

3.     The above-captioned Chapter 11 case is DISMISSED WITHOUT PREJUDICE;

4.     All related adversary proceedings that are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).

5.     All stays in effect in this case are vacated.

**IT IS SO ORDERED.**

**APPROVED AS TO FORM:**

J. TURNER LAW GROUP, APC

/s/ Jason E. Turner
Jason E. Turner, Counsel for Debtor

/s/ Jean Goddard
Subchapter V Trustee

**CSD 1001A**