NOD
Rev. 02/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Telephone: 619-557-5620
Website: www.casb.uscourts.gov
Hours: 8:30am - 4:30pm Monday-Friday

**Bxng Holdings, LLC**
1985 Bernardo Plaza Drive
San Diego, CA 92128

Case number: 24-02239-CL11
Chapter: 11
Judge Christopher B. Latham

*Debtor Aliases:* The Bxng Club; California Boxing Clubs, LLC

**Notice of Entry of Order Dismissing Case**

To the Creditors of the above-named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 11 case for the above-named **Debtor Only ( Bxng Holdings, LLC)** has been dismissed.

Dated: 4/3/25

By order of the court:
Mark Schnakenberg
Clerk of the Bankruptcy Court

**********
**FILED**
4/3/25
**********