# Notice Recipients

District/Off: 0974−3         User: Admin.              Date Created: 4/3/2025
Case: 24−02239−CL11       Form ID: pdfO14          Total: 60

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15112525    Enterprise Bank & Trust, its successors and/or ass
                                                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr          Jean Goddard        jgoddard@ngsllp.com
aty         Jason E. Turner     jturner@jturnerlawgroup.com
                                                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Bxng Holdings, LLC        1985 Bernardo Plaza Drive        San Diego, CA 92128
15106719    AMEX Blue        PO Box 60189        City of Industry, CA 91716−0189
15123348    AVA Arts District, L.P.        c/o Michael S. Greger        Allen Matkins, et al.        2010 Main Street, Suite 800        Irvine, CA 92614
15175207    Alyssa Kay Ross        11052 MASON LN        SAN DIEGO, CA 92129−3355
15118417    American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355−0701
15106720    Amur Equipment Finance, LLC        308 N. Locust Street Suite 100        Grand Island, NE 68801
15155382    Anna Landa, Esq.        Law Offices of Kenneth J. Freed        4340 Fulton Ave., Third Floor        Sherman Oaks, CA 91423
15106721    Ascentium Capital        23970 Highway 59 North        Kingwood, TX 77339−1535
15123713    Ascentium Capital a Division of Regions Bank        23970 HWY 59 N        Kingwood, TX 77339
15174188    Audrey Harper        750 Beech St.        Apt 427        San Diego, CA 92101
15106722    Ava Arts District, LP        c/o AvalonBay Communities, Inc.        Attn: Legal Department        4040 Wilson Blvd Suite 1000        Arlington, VA 22203
15106723    AvalonBay Communities, Inc.        c/o Legal Department        4040 Wilson Blvd., 1000        Arlington, VA 22203
15106746    CA Franchise Tax Board        Attn: Bankruptcy Unit        Bankruptcy Section MS A340        P.O. Box 2952        Sacramento, CA 95812
15123451    CAB assignee of State Compensation Ins. Fund        4340 Fulton Avenue, Third Fl.        Sherman Oaks, CA 91423
15155309    CREDITORS ADJUSTMENT BUREAU, INC        c/o Law Offices of Kenneth J. Freed        4340 Fulton Ave., Third Floor        Sherman Oaks, CA 91423
15156353    CREDITORS ADJUSTMENT BUREAU, INC        c/o Law Offices of Kenneth J. Freed        4340 Fulton Ave., Third Floor        Sherman Oaks, CA 91423
15106724    California Coast Credit Union        PO Box 502080        San Diego, CA 92150−2080
15106725    Capital One        PO Box 31293        Salt Lake City, UT 84131
15110972    Capital One N.A.        by AIS InfoSource LP as agent        PO Box 71083        Charlotte, NC 28272−1083
15116145    Channel Partners Capital, LLC        10900 Wayzata Blvd, Ste 300        Minnetonka, MN 55305
15106726    Chase Bank        PO Box 36520        Louisville, KY 40233−6520
15107250    Corina R. Pandeli        Office of the United States Trustee        880 Front Street, Suite 3230        San Diego, CA 92101
15106727    Diana Alexandru        930 Via Mil Cumbres #74        Solana Beach, CA 92075
15121292    Diversified Construction Technologies, Inc.        5490 Complex St., Suite 605        San Diego, CA 92111
15150538    Employment Development Department        Bankruptcy Group MIC 92E, PO BOX 826880        Sacramento, CA 95814
15151362    Employment Development Department        Bankruptcy Group MIC 92E, PO BOX 826880        Sacramento, CA 95814
15106728    Employment Development Department        PO Box 826215 MIC 3A        Sacramento, CA 94230−6215
15106729    Enterprise Bank        Enterprise Bank & Trust        11939 Rancho Bernardo Road Suite 200        San Diego, CA 92128
15120505    Enterprise Bank & Trust        c/o Scheer Law Group, LLP        85 Argonaut Suite 202        Aliso Viejo, CA 92656
15106730    Erica Mittendorf        c/o Graham Sollis, Eric Dos Santos        Graham & Sollis        3555 Fifth Avenue 200        San Diego, CA 92103
15123717    Erica Mittendorff, et al        3555 Fifth Avenue, Suite 200        San Diego, CA 92103
15113428    FRANCHISE TAX BOARD        BANKRUPTCY SECTION MS A340        PO BOX 2952        SACRAMENTO CA 95812−2952
15127080    First Citizens Bank & Trust        PO Box 593007        San Antonio, TX 78259
15106731    Fit Athletic − Solana Beach LLC        350 Tenth Avenue        San Diego, CA 92101
15106732    Fit Athletic− Solana Beach LLC        c/o Patrick Stark, Esq.        501 W. Broadway, Ste 960        San Diego, CA 92101
15106733    Fora Financial Advance, LLC        1385 Broadway 15th Floor        New York, NY 10018
15119315    Fora Financial Warehouse LLC        c/o Aubrey Thrasher, LLC        12 Powder Springs Street        Suite 240        Marietta, GA 30064
15106734    Fresh Funding        42 Broadway Str #1815        New York, NY 10004−3869
15106735    Geneva Capital LLC        1311 Broadway Street        Alexandria, MN 56308−2533

| | | | | |
|---|---|---|---|---|
| 15123716 | Hali M. Anderson | Erica Mittendorff c/o Graham Hollis APC | 3555 Fifth Ave Suite 200 | San Diego, CA 92103 |
| 15123874 | Hollander Design Group | 3603 Fifth Ave | San Diego, CA 92103 | |
| 15106736 | Internal Revenue Service | Bankruptcy Unit | PO Box 7346 | Philadelphia, PA 19101–7346 |
| 15106737 | Irena Boostani | 11464 Village Ridge Rd | San Diego, CA 92131 | |
| 15118863 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o Robertson, Anschutz, Schneid, & Cran | 6409 Congress Avenue, Suite 100    Boca Raton, FL 33487 |
| 15119314 | Jason Khano | 12 Powder Springs Street | Suite 240 | Marietta, GA 30064 |
| 15106738 | Keith B. Harrison, et al. | c/o Keith Harrison | PO Box 231594 | Encinitas, CA 92023 |
| 15123744 | Keith Harrison | Weintraub Zolkin Talerico & Selth | Attn David B Zolkin | 11766 Wilshire Blvd Ste 730    Los Angeles, CA 90025 |
| 15106739 | Lendspark Corporation | 2554 Gateway Rd | Carlsbad, CA 92009 | |
| 15106740 | Nick Cohenmeyer | 7839 Caminito Camelia | San Diego, CA 92127 | |
| 15115706 | Southwest Builders Equity, LLC | C/O Tom Georgianna, Esq. | 300 Spectrum Center Dr. | Suite 1185    Irvine, CA 92618 |
| 15106741 | Superior Loan Servicing | 7525 Topanga Canyon Blvd. | Canoga Park, CA 91303 | |
| 15106742 | The Home Depot | 5800 South Corporate Place | Sioux Falls, SD 57108 | |
| 15150381 | U.S. Small Business Administration | Office of General Counsel (SC) | 312 North Spring Street, Floor 5 | Los Angeles, CA 90012 |
| 15106743 | US Attorney's Office | 880 Front Street | San Diego, CA 92101 | |
| 15106744 | US Dept. of Justice––Tax Division | Ben Franklin Station | P.O. Box 683 | Washington, DC 20044–0683 |
| 15106745 | US Small Business Administration | P.O. Box 3918 | Portland, OR 97208 | |
| 15110997 | Wells Fargo Bank Small Business Lending Division | PO Box 29482 MAC S4101–08C | Phoenix, AZ 85038 | |

TOTAL: 57